# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| BRAYDEN T. BENNETT,<br><br>                    Plaintiff,<br>       v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | Case No.: 3:20-cv-01963-MO<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $6,802.56 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave., Suite 200, Portland, OR 97204.  There are no costs or expenses.

Dated this 28th day of December, 2023.

*Michael W. Mosman*
Michael W. Mosman
Senior United States District Judge