Scott A. Sell, OSB# 144297
Thomas, Coon, Newton & Frost
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
Email: ssell@tcnf.legal
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BRAYDEN T. BENNETT

        Plaintiff

  v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

CV #: 3:20-cv-01963-MO

ORDER GRANTING
UNOPPOSED MOTION
FOR ATTORNEY FEES
UNDER 42 U.S.C § 406(B)

It is hereby ORDERED that attorneys' fees in the amount of $40,149.62 from Plaintiff's past-due benefits are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $6,802.56 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by statute.

Dated this 19th day of March, 2025.

                                              /s/ Michael Mosman
                                              United States District Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff